29 So.2d 887

### Joe CUSIMANO v. STATE ex rel. E. G. PILCHER, Dep. Sols.

#### 7 Div. 857.

Supreme Court of Alabama.
Jan. 14, 1947.

Appeal from Circuit Court, Etowah County; J. H. Disque, Jr., Judge.

John R. Robinson and Edw. B. Miller, both of Gadsden, for appellant.

Wm. N. McQueen, Atty. Gen., for appellee.

PER CURIAM.

Appeal dismissed, want of prosecution.

29 So.2d 895

### Hillary DAVIS v. Buford HERRING.

#### 3 Div. 449.

Supreme Court of Alabama.
Dec. 19, 1946.

Appeal from Circuit Court, Butler County; A. E. Gamble, Judge.

Howell P. Rogers, of Greenville, for appellant.

T. W. Thagard and Calvin Poole, of Greenville, for appellee.

PER CURIAM.

Appeal dismissed, motion of appellant.

29 So.2d 887

### Ex parte W. A. DENSON.

#### 6 Div. 535.

Supreme Court of Alabama.
Dec. 30, 1946.

Petition for mandamus to Richard V. Evans, Judge, Circuit Court, Jefferson County.

PER CURIAM.

Rule nisi denied; petition dismissed.

GARDNER, C. J., and BROWN, LIVINGSTON, and STAKELY, JJ., concur.

29 So.2d 888

### Irene DUNN et al. v. Jean DUNN et al., pro ami.

#### 8 Div. 358.

Supreme Court of Alabama.
Jan. 23, 1947.

Appeal from Circuit Court, Colbert County; Chas. P. Almon, Judge.

J. E. Smith, Jr., of Tuscumbia, for appellants.

F. E. Throckmorton, of Tuscumbia, for appellees.

PER CURIAM.

Appeal dismissed, want of prosecution.

29 So.2d 888

### Clarence EDWARDS v. STATE.

#### I Div. 283.

Supreme Court of Alabama.
Jan. 8, 1947.

Appeal from Circuit Court, Mobile County; D. H. Edington, Judge.

First degree murder—life.

Wm. N. McQueen, Atty. Gen., for the State.

PER CURIAM.

Appeal dismissed, motion of appellant.